**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

JOYCE ISAACS                                                                          PLAINTIFF

vs.                                            Civil Action No. 3:02-cv-1748 WS

PEGASUS BROADCAST TELEVISION,
INC.                                                                  DEFENDANT

**JUDGMENT DISMISSING ACTION
BY REASON OF BANKRUPTCY PENDING**

The court has received notice of bankruptcy proceedings involving the defendant in the above styled cause. Therefore, it is not necessary that this action remain upon the pending docket of this court.

IT IS, THEREFORE, ORDERED that this action is dismissed without prejudice, and the court retains complete jurisdiction to vacate this order and to reopen the action upon motion of the parties advising that the bankruptcy proceedings have been closed and that further litigation in this court is necessary.

**SO ORDERED AND ADJUDGED, this the 7th day of December, 2005.**

                                         **s/ HENRY T. WINGATE**

                                         **CHIEF UNITED STATES DISTRICT JUDGE**